IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02378-MSK-CBS

MARTIN PALMA,

    Plaintiff,

v.

THE TOWN OF CENTER COLORADO,
CHARLES W. McCLURE and
LEROY TORREZ,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Motion for Clarification Regarding Attendance of Insurance Adjuster at the Settlement Conference (*doc. no. 11)* is **GRANTED**. Defendants' insurance adjuster may participate at the settlement conference by phone and is instructed to provide counsel with the proper contact information so he or she can be reached, as needed, during the settlement conference.

**DATED:**     March 19, 2008