IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02378-MSK-CBS

MARTIN PALMA,

        Plaintiff,

v.

THE TOWN OF CENTER COLORADO,
CHARLES W. McCLURE and
LEROY TORREZ,

        Defendants.

## ORDER REOPENING CASE TO DISMISS WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Motion to Re-Open and Dismiss Case With Prejudice (Motion) **(#45)** filed on October 26, 2009. The Court, having reviewed the same and being advised in the premises,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The case is dismissed, with prejudice, each party to pay their own costs and attorney fees.

DATED this 4th day of November, 2009.

                      **BY THE COURT:**

                      */s/ Marcia S. Krieger*
                      _____

                      Marcia S. Krieger
                      United States District Judge